FILED'09 JUN 02 11:56 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JEFFREY DUKE AULD,  )
                    )
        Plaintiff,  )
                    )  Civil No. 08-3110-TC
   v.               )
                    )  ORDER
LT. JEANETTE DAVIDSON, et al.,  )
                    )
        Defendants. )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on April 29, 2009. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Defendants' motion for summary judgment (#8) is allowed. Plaintiff's claims one, three, and four are dismissed with prejudice. Plaintiff's claim two is dismissed without prejudice. This action is dismissed.

DATED this ____1st____ day of June, 2009.

_____
Michael C. Hogan
United States District Judge

2   - ORDER